# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00528-CV

**Ole S. Petersen, Appellant**

**v.**

**Rissie Owens, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. GN400915, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On February 21, 2006, the clerk of this Court notified the parties that it appeared that this Court lacks jurisdiction to consider this appeal from the district court's order finding appellant's suit to be a petition for a writ of habeas corpus and transferring the case to the 23rd District Court of Brazoria County. S*ee* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West Supp. 2005); *Fox v. Wardy*, No. 08-04-0361-CV, 2005 Tex. App. LEXIS 5882 (Tex. App.—El Paso July 28, 2005, pet. denied) (appeal of transfer order dismissed for want of jurisdiction). Appellant was informed that the appeal would be dismissed for want of jurisdiction if no response explaining why the Court

has jurisdiction was received within ten days.  No response has been received.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).[1]

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:   March 20, 2006

_____

[1] In light of our holding that this Court lacks jurisdiction to consider the appeal, we dismiss appellant's motion to extend time to file his brief.